No. 92–7860.  FIORE *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 92–7863.  KUEHL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7866.  RESENDE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7867.  MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7869.  DENSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–7870.  DAVILA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7874.  GIRALDO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–7878.  GOLDMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7881.  DOMINGUEZ-VALTIERRA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7889.  MONTES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7891.  MOORE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7892.  LAFRADEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7982.  KAIRYS *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 92–1083.  PHELPS *v.* SOVRAN BANK.  C. A. 4th Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 92–1104.  MARYLAND *v.* WATTERS.  Ct. App. Md.  Motion of respondent for leave to proceed *in forma pauperis*